UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. 2:24-CR-00702-ODW-001 | | Date: 12/13/2024 |
| Present: The Honorable: Patricia Donahue, United States Magistrate Judge | | |
| Interpreter N/A | | Language N/A |
| Isabel Verduzco | 12/13/2024 | Steven Arkow |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) ✓ Present In Custody | Attorneys for Defendants: ✓ Present Retained |
|---|---|
| Alexander Smirnov | Richard A Schonfeld / David Chesnoff |

**Proceedings: Arraignment of Defendant and/or**    ✓ Assignment of Case    Appointment of Counsel
     Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Otis D. Wright.
* It is ordered that the following date(s) and time(s) are set: Change of Plea and Setting: 12/16/2024 8:00 AM
* Judge Wright is located in 5D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:    PSALA      PSAED      PSASA      Initial Appearance/Appointment of Counsel: 00 : 00
     ✓ USMLA      USMED      USMSA
     Statistics Clerk      Interpreter      Arraignment: 00 : 10
     CJA Supervising Attorney      Fiscal      Initials of Deputy Clerk: IV by TRB