**Open Items for Completion by PG:**



2. Corroborating Recent S-31801 (Seattle CHS) Reporting:

   a. 

   b. FBI PG/HQ PCU Response: See "1021 Validation – CHS Meeting Re Burisma – 32801" spreadsheet for more information. FBI Pittsburgh to provide final validation and supporting documents as necessary. PG will be assisted in these efforts by HQ Public Corruption Unit Intel.

      i. ▮▮▮▮▮▮▮ provided photos of CHS's passport. These documents were sent to WDPA via email on July 2, 2020.

      ii. ▮▮▮▮▮▮▮ provided a photo from CBP of CHS's travel, which shows stamps for the Vienna Airport (Wein Schwechat) dated 10/8/2016 (entry), 10/19/2016 (exit) 10/21/2016 (entry), 10/26/2016 (exit), 12/8/2016 (entry), 12/10/2016 (exit). These documents were sent to WDPA via email on July 2, 2020. See further detail at "1021 Validation – CHS Meeting Re Burisma – 32801."

iii. CHS traveled to London on or around 10/7/2019 to 10/11/2019 to conduct an unrelated joint UCO with the UK's National Crime Agency. SA ███████ SA ███████ and an FBI UCE traveled with the CHS for this operation which is document in 205B-CV-2188045, Serial 185, as well as 281H-SF-2074415, Serial 159. After the operations ceased, CHS advised SA ███████ that he planned to meet with ███████, who was also in London at such time, to discuss unrelated business matters.

iv. **Follow-up**: confirm CHS's travel in 2015 and follow-up with ███████ regarding how the CHS claims he arrived in Vienna for the meeting with Zlochevsky and ███████ – did he fly into the Vienna airport or travel there from somewhere else in Europe?

   1. *FBI PG Response: The CHS handler provided photos of the CHS's passport as well as CBP travel records. See further detail at "1021 Validation – CHS Meeting Re Burisma – 32801." However, the CHS handler noted that the CHS travels very frequently and had travelled to Ukraine and London on multiple occasions during the relevant time periods, so it would be difficult to pinpoint the meeting. If necessary, the CHS handler could request that the CHS attempt to locate old credit card paperwork to further pinpoint the travel.*

      a. *(U//FOUO) Per CHS handler: CHS's passport shows he/she entered Ukraine on 5/22/2015 and left on 5/23/2015, reentered again on 10/10/2015 and left on 10/12/2015; reentered again on 11/30/2015 and exited on 12/6/2015. CBP records provided by the handler indicate CHS did not travel inbound/outbound around the times in question. These records would only indicate points of arrival/departure and would not indicate any countries which may have been visited by the CHS in these timeframes.*

c. Does CHS know anything about the key people named by Guralnik: Lisina, Gorbunenko, Vaganov, and Kicha, others?

   i. *FBI PG Response: On July 9, 2020, FBP PG provided a list of names to the CHS hanlder to see if the CHS had any contact with them. This included: Guralnik, Lisinia, Mykola Boichuk, Sunrise Energy Resources, Pari Energy, Pavel Vaganov, Gorbunenko, Anrey Kicha, Alexey Leonov, Irena Krotenko, Alpeco Investments, ███████ Vadim Pojarskii, Karina Zlochevska, Writ Media. CHS handler will get back to FBI PG when he hears back from the CHS. The CHS handler later provided the following summary:*
      1. MICHAEL GURALNIK (No info)
      2. ZHANNA LISINA (No info)
      3. MYKOLA BOICHUK (No info)
      4. SUNRISE ENERGY RESOURCES (CHS is certain he has heard about this company before, however he can't recall who he discussed it with, or the context, whatsoever)

5. PARI ENERGY (CHS has not heard of this company, but he is familiar with "Pari Capital", which is owned by some Moscow guy who is friends with ▮).
6. PAVEL VAGANOV (No info)
7. ALEXANDER GORBUNENKO (No info)
8. ANDREY KICHA (No info)
9. ALEXEY LEONOV (No info)
10. IRENA KROTENKO (CHS is certain that an "Irena Krotenko" is the daughter or spouse of Pavel Krotenko, who in turn is good friends with Mykola Zlovchevsky. CHS met this Irena Krotenko once or twice in Ukraine. CHS has provided various reporting on ▮ to include his direct communications to ▮.
11. ALPECO INVESTMENTS (CHS may have heard about this company from ▮ however CHS has no further knowledge about it).

d. How does the CHS communicate with ▮?

  i. FBI PG Response: Per CHS Handler, the CHS communicates with ▮ via WhatsApp, via both voice and text. ▮ telephone number is ▮.



g. Further information related to ▮

  i. FBI PG Response: See 281H-CV-2525185, serial 212, which includes a copy of ▮ Ukrainian passport. WDPA also requested this from NDOH on 7/7/20. FBI PG provided a copy of this serial to WDPA via email on July 9, 2020.

  ii. (U//FOUO) According to a review of reporting, the CHS first references an ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ while reporting on transnational criminal enterprises, circa November 2014.

  iii. (U//FOUO) According to source reporting, the CHS was introduced to ▓▓▓▓▓ (via a phone call) by Igor Fridman around 2013/2014. The CHS and ▓▓▓▓▓ first met, in person, in Kyiv, sometime in 2014.

  iv. (U//FOUO) CHS first reported on Burisma in March 2017, in reference to a 27 February 2017 call. The CHS was on a call with ▓▓▓▓▓ and Mykola Zlochevsky (CEO of Burisma). During the call, ▓▓▓▓▓ mentioned they are interested in acquiring a U.S.-based petroleum business with a market capitalization between $50-$100 million. They would then use this US-based entity as the parent company for Bursima Holdings (or a subdivision thereof), which they would then seek to register on a US exchange. During this call, there was a brief, non-relevant discussion about former Vice President Joe Biden's son, Hunter Biden, who was on the Board of Directors for Burisma Holdings at that time.

  v. (U//FOUO//NF) Per Handler: ▓▓▓▓▓ uses phone number ▓▓▓▓▓ Open source research and NIV application history confirms the phone number is associated with ▓▓▓▓▓

  vi. (U//FOUO//NF) According to a 2017 NIV application, ▓▓▓▓▓ had a B1/B2 Visa, Passport # ▓▓▓▓▓, with DOB ▓▓▓▓▓. His address was ▓▓▓▓▓ Kyiv, Ukraine; employer was ▓▓▓▓▓ telephone was ▓▓▓▓▓; and email was ▓▓▓▓▓

  vii. (U//FOUO) An individual named ▓▓▓▓▓ is the subject of multiple SARS relating to money laundering. The cumulative reportable amount is $200,610. The referenced person has not been confirmed to be the aforementioned ▓▓▓▓▓

  viii. (U//FOUO) Considering the current reporting is historical in nature, previous reporting does not reveal the 2015/2016 introduction.

h. Review the case file for this Assessment for all references to Burisma, Zlochevsky or related companies paying approximately $5 million to Hunter Biden or VP Biden, including the Guralnik 302.

  i. FBI PG Response: PG has reviewed the case file and has not identified additional critical taskings at present. FBI PG notes this is an ongoing process, and that new information will continue to arise in this and any investigation which necessitate a fulsome analysis of existing investigative findings. PG anticipates

this process to continue as long as PG has an Assessment or predicated investigation.

i. How would/did Mykola Zlochevsky communicate with the Bidens?

    i. FBI PG Response: Per CHS Handler, the CHS has no information in this regard.





USA-08-00001554
USA-08-00001554



USA-08-00001555
USA-08-00001555



**Items for Consideration (likely necessitating a predicated investigation):**

1. Further CHS corroboration:
    a. Validation of the CHS and information provided by the CHS is ongoing in a joint effort between FBI Pittsburgh and FBI Headquarters. (*See CHS Validation – Working Copy*)
    b. Further assess ▓▓▓▓ through third party FBI interview/ops test; telephone/coms facilities analysis; comparison of current reporting against other CHSs/CHS reporting (re: allegation.
    c. Review CHS's travel with the CHS to determine estimated timing of in-person meetings with MZ.
    d. If not obtained – CHS's knowledge of the people identified by Guralnik, Costello, and Giuliani
    e. Cellebrite CHS phone for potential WhatsApp conversations or text messages (CHS may have provided this information to CHS Handler in the past)
    f. Determine if there is any overlap between *S-32801* and ▓▓▓▓ ▓▓▓▓
        i. PG recommends this happens between handlers with HQ validation of crossover, including discussion of whether it would be helpful to check if either person's name hits ▓▓▓▓
    g. Coordinate with OGA partners on reporting related to dates, places, and persons of interest. A predicated case will better facilitate communications with partner OGAs.




USA-08-00001557



USA-08-00001558

Confidential



USA-08-00001559
USA-08-00001559