DAVID Z. CHESNOFF, ESQ.
*Pro Hac Vice*
RICHARD A. SCHONFELD, ESQ.
California Bar No. 202182
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net

Chad D. Nardiello, Bar No. 224837
NARDIELLO TURANCHIK TOMPKINS LLP
1801 Century Park East, Suite 1050
Century City, CA 90067
Tel: (310) 201-0123
Fax: (310) 201-0126
Chad@nt-llp.com

Attorneys for Defendant ALEXANDER SMIRNOV

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALEXANDER SMIRNOV,<br><br>　　　　Defendant. | Case No. 2:24-CR-00702-ODW<br><br>STIPULATION FOR ORDER DIRECTING THE CLERK TO ACCEPT AND DEPOSIT PRE-JUDGMENT PAYMENT FROM OR MADE ON BEHALF OF ALEXANDER SMIRNOV; PROPOSED ORDER<br><br>Hearing Date: January 8, 2025<br>Hearing Time: 10:30 a.m.<br><br>Hon. Otis D. Wright II |

　　　Defendant Alexander Smirnov ("Defendant") has asked the Plaintiff United States of America to be able to make a payment or payments in advance of sentencing towards the criminal restitution and special assessment that he will ultimately owe in this case. Defendant and the United States therefore stipulate and request that the Court issue an order directing the Clerk of the Court ("Clerk") to accept and deposit any payment made before sentencing or entry of judgment by, or on behalf

of, Defendant.

The request is based upon the following stipulation.

1. On November 21, 2024, Defendant was indicted on three counts of violating 26 U.S.C. section 7201 and seven counts of violating 26 U.S.C. section 7206. (DE 1).

2. On December 12, 2024, a plea agreement was filed in which Defendant agreed to plead guilty to Counts One, Five and Eight of the Indictment. In that agreement, Defendant acknowledged that he is required to make restitution and that the restitution amount owed for tax years 2020 through 2022 is $675,502. (DE 9, page 6, para 12 and page 8, para 19). Defendant acknowledged that he is required to pay a $400 special assessment. (DE 9, page 8, para 19).

3. On December 16, 2024, this Court accepted the Defendant's plea and scheduled a sentencing for January 8, 2025, at 10:30 a.m. (DE 11).

4. Defendant wishes to make one or more payments before sentencing towards the amount that he will ultimately owe the government for restitution and the special assessment.

5. In order to accept a pre-judgment payment of restitution, the special assessment and/or a fine, the Clerk requires a Court order directing that pre-judgment payments are to be received and deposited.

6. Accordingly, the parties request that the Court issue the concurrently submitted proposed order, which directs the Clerk to accept and deposit any payment made by, or on behalf of, Defendant before his sentencing.

7. If, the court does not accept the defendant's plea agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) and absent a determination by the court that the defendant has breached the agreement

pursuant to paragraph 27 of the agreement prior to the court's decision not to accept the agreement, the Clerk should, upon further order of the Court, return these funds to Defendant.

DATED: 1/6/2025                    Respectfully submitted,

                                                NARDIELLO TURANCHIK TOMPKINS LLP

                                                By /S/
                                                    Chad D. Nardiello
                                                    Attorney for Defendant
                                                    chad@nt-llp.com

DATED: 1/6/2025                    Respectfully submitted,

                                                DAVID C. WEISS
                                                Special Counsel

                                                By /S/
                                                    Leo J. Wise
                                                    Derek E. Hines
                                                    Mark F. Daly
                                                    Attorney for Plaintiff
                                                    LJW@usdoj.gov
                                                    DEH@usdoj.gov
                                                    Mark.F.Daly@usdoj.gov