UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff,  v.  ALEXANDER SMIRNOV,  Defendant. | Case No. 2:24-CR-00702-ODW  ORDER DIRECTING THE CLERK TO ACCEPT AND DEPOSIT PRE-JUDGMENT PAYMENT FROM OR MADE ON BEHALF OF ALEXANDER SMIRNOV  Hon. Otis D. Wright II |
|---|---|

Pursuant to the stipulation between the United States and defendant Alexander Smirnov ("Defendant"), and for good cause shown, IT IS ORDERED that:

1.  The stipulation is approved in its entirety.
2.  The Clerk of the Court is directed to accept any payments made by or on behalf of Defendant before sentencing or entry of judgment, including for any special assessment and restitution that may be ordered.
3.  The United States Department of Justice shall email this Order to the Clerk at fis_cac@cacd.uscourts.gov within one business days after its entry.

Dated: January 6, 2025

*Otis D. Wright II signature*

_____
Otis D. Wright II
United States District Judge