AVID Z. CHESNOFF, ESQ.
*Pro Hac Vice*
RICHARD A. SCHONFELD, ESQ.
California Bar No. 202182
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net

Chad D. Nardiello, Bar No. 224837
NARDIELLO TURANCHIK TOMPKINS LLP
1801 Century Park East, Suite 1050
Century City, CA 90067
Tel: (310) 201-0123
Fax: (310) 201-0126
Chad@nt-llp.com

Attorneys for Defendant ALEXANDER SMIRNOV

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALEXANDER SMIRNOV,<br><br>　　　　Defendant. | Case No. 2:24-CR-00702-ODW<br><br>NOTICE OF RESTITUTION PAYMENT<br><br>Hearing Date: January 8, 2025<br>Hearing Time: 10:30 a.m.<br><br>Hon. Otis D. Wright II |

In accordance with the Court's order dated January 6, 2025 (Dkt. 32), Defendant Alexander Smirnov ("Defendant") by and through his counsel of record hereby provides notice to the Court that on this date Defendant through his counsel made payment to the Clerk, United States District Court, for restitution in the amount of $675,502. Such amount consists of the income tax for the following years and amounts: (i) 2020 - $458,744; (ii) 2021 - $145,171; and (iii) 2022 - $71,587. A copy of the receipt issued by the Clerk is provided herewith at Exhibit A. At the time of payment, Defendant's counsel attempted to pay $400 for the mandatory special assessments for the four charges to which Defendant pleaded guilty but the

Clerk did not accept such payment.

DATED: 1/7/2025                    Respectfully submitted,

                                   NARDIELLO TURANCHIK TOMPKINS LLP


                                   By /S/
                                      Chad D. Nardiello
                                      Attorney for Defendant
                                      chad@nt-llp.com