```
BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
DAVID R. FRIEDMAN (Cal. Bar No. 300737)
Assistant United States Attorney
Chief, Criminal Appeals Section
     1000 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7418
     Facsimile: (213) 894-8513
     E-mail:   David.Friedman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  | No. CR 24-702-ODW |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF REASSIGNMENT OF CRIMINAL CASE |
| ALEXANDER SMIRNOV, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the Court that the above-captioned case has been reassigned to a new attorney as follows:

|  | Name | E-Mail Address |
|---|---|---|
| Previously Assigned Attorneys | Derek E. Hines<br>Leo J. Wise<br>Mark F. Daly | derek.hines@usdoj.gov<br>leo.wise@usdoj.gov<br>MFD@USDOJ.GOV |
| Newly Assigned AUSA | David R. Friedman | david.friedman@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly

assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: April 10, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
DAVID R. FRIEDMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA